IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NICOLE BORCHERS, individually and in her capacity as Personal Representative of the Estate of Jeffrey Borchers,<br><br>    Plaintiff,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | CV 23-44-M-DLC-KLD<br><br>ORDER |

  Plaintiff Nicole Borchers filed a Motion to Vacate Preliminary Pretrial Conference and All Associated Deadlines. (Doc. 4). Accordingly,

  IT IS ORDERED that the August 7, 2023 preliminary pretrial conference is VACATED and RESET for August 28, 2023, at 11:00 a.m. at the Russell Smith Courthouse, 201 E. Broadway, Missoula, Montana.

  IT IS FURTHER ORDERED that the parties shall file their preliminary pretrial statements, joint discovery plan, and joint statement of stipulated facts on or before August 21, 2023.

All remaining provisions of the Court's May 8, 2023 Preliminary Pretrial Conference Order (Doc. 3) shall remain in effect.

DATED this 13th day of June, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge