IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NICOLE BORCHERS, individually and in her capacity as Personal Representative of the Estate of Jeffrey Borchers,<br><br>           Plaintiff,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>           Defendant. | CV 23-44-M-DLC-KLD<br><br>ORDER |

    I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned. Additionally,

    IT IS ORDERED that the August 28, 2023 preliminary pretrial conference and all related deadlines are VACATED.

    DATED this 25th day of July, 2023.

                                                Kathleen L. DeSoto
                                                United States Magistrate Judge