IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NICOLE BORCHERS, individually and in her capacity as Personal Representative of the Estate of Jeffrey Borchers, | CV 23–44–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

Before the Court is Defendant Lincoln Life Insurance Company's motion for the admission of attorney Robert R. Marcus of Bradley Arant Boult Cummings, LLP, *pro hac vice*, in the above-captioned matter.  (Doc. 8.)  It appears that Randall J. Colbert of Garlington, Lohn & Robinson, PLLP, will serve as local counsel in this matter.  (*Id.* at 2.)  Mr. Marcus's application (Doc. 8-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 8) is GRANTED on the condition that Mr. Marcus does his own work.  This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear

and participate personally.  Mr. Marcus shall take steps to register in the Court's

electronic filing system (CM-ECF).  Further information is available on the

Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless

Mr. Marcus files a separate pleading acknowledging his admission under the terms

set forth above within fifteen (15) days of this Order.

DATED this 26th day of July, 2023.

Dana L. Christensen, District Judge
United States District Court