IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NICOLE BORCHERS, individually and in her capacity as Personal Representative of the Estate of Jeffrey Borchers,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | CV 23–44–M–DLC<br><br>ORDER |

Before the Court is Defendant Lincoln National Life Insurance Company's motion for the admission of attorney Hanna E. Eickmeier of Bradley Arant Boult Cummings LLP, *pro hac vice*, in the above-captioned matter. (Doc. 18.) It appears that Randall J. Colbert of Garlington, Lohn & Robinson, PLLP, will serve as local counsel in this matter. (*Id.* at 2.) Ms. Eickmeier's application (Doc. 18-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 18) is GRANTED on the condition that Ms. Eickmeier does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3)

1

appear and participate personally.  Ms. Eickmeier shall take steps to register in the Court's electronic filing system (CM-ECF).  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

    IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Eickmeier files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

    DATED this 18th day of September, 2023.

    _____
Dana L. Christensen, District Judge
United States District Court