IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NICOLE BORCHERS, individually and in her capacity as Personal Representative of the Estate of Jeffrey Borchers,<br><br>    Plaintiff,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | CV 23–44–M–DLC<br><br><br>ORDER |

  Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 29.)  The parties request that the Court enter an order dismissing the above-captioned matter with prejudice, with the parties to bear their own respective attorneys' fees and costs.  (*Id.*)

  Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

  DATED this 12th day of August, 2024.

              _____
              Dana L. Christensen, District Judge
              United States District Court

1